UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

|  |  |
|---|---|
| MARK V. ALLEN, | ) No. EDCV 21-1339 PVC |
| | ) |
| Plaintiff, | ) ORDER AWARDING EAJA FEES |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR
THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00), and costs in
the amount of ZERO ($0.00), subject to the terms of the stipulation.


DATE: November 1, 2022      _____
                            HON. PEDRO V. CASTILLO,
                            UNITED STATES MAGISTRATE JUDGE